RECEIVED LA.
IN ALEXANDRIA, LA.
SEP 08 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DERRICK JEROME ALLEN          DOCKET NO. 08-CV-1731
D.O.C.#295151

VERSUS                        JUDGE DEE D. DRELL

KENNETRIA JONES, ET AL.       MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the following claim be **DENIED** and the following defendants be **DISMISSED, WITH PREJUDICE,** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b):

(1)  Plaintiff's **DUE PROCESS** claim

(2)  **Defendant Corrections Corporation of America**

(3)  **Defendant Chaplain Olliff, and**

(4)  **Defendant Mona Heyse.**

Service of process has been ordered on the remaining claims and defendants.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this ___8th___ day of ___September___, 2009.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**