

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| DERRICK JEROME ALLEN, | CIVIL ACTION |
|---|---|
| Plaintiff | SECTION "P" |
| | NO. 08-CV-01731 |
| VERSUS | |
| KENNETRIA JONES, et al., | JUDGE DEE D. DRELL |
| Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 42) is GRANTED.

IT IS FURTHER ORDERED that Allen's motion for summary judgment (Doc. 34) and motion for judgment on the pleadings (Doc. 61) are DENIED.

IT IS FURTHER ORDERED that Allen's action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _6_ day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE